UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **WILLIAM H. HAWKINS,** ) <br> ) <br> **Plaintiff,** ) <br> v. ) <br> ) <br> **CITY OF CHAMPAIGN, ILLINOIS,** ) <br> **RODNEY S. MITCHELL, and JAMES S.** ) <br> **BOWERSOCK,** ) <br> ) <br> **Defendants.** ) | Case No. 10-CV-2111 |

## ORDER

A Report and Recommendation (#22) was filed by Magistrate Judge David G. Bernthal in the above cause on May 25, 2011. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#22) is accepted by this court.

(2) The Motion to Dismiss Amended Complaint (#15) filed by Defendants is GRANTED in part and DENIED in part. Specifically, the Motion to Dismiss is granted as to all claims under the Illinois Constitution and the Illinois Civil Rights Act of 2006, Count VII for trespass, Count VIII for malicious prosecution, Count IX for custom and policy of illegal seizure alleged against Defendant City of Champaign, and Count X for failure to train and supervise alleged against Defendant City of Champaign. The Motion to Dismiss is denied as to all other claims alleged in Plaintiff's Amended Complaint.

(3) Defendants are allowed twenty-one (21) days to file their Answer to the remaining claims

in Plaintiff's Amended Complaint.

    (4) This case is referred to Magistrate Judge David G. Bernthal for further proceedings.

ENTERED this   15th   day of June, 2011

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE